**Scott D. Eads, OSB No. 910400**
seads@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **LACROSSE FOOTWEAR, INC.**, a Wisconsin corporation,<br><br>            Plaintiff,<br>   v.<br><br>**PRO LINE MANUFACTURING CO., LLC**, a New Jersey corporation,<br><br>           Defendant. | No.3: 11-cv-00694-HZ<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |

     Plaintiff LaCrosse Footwear, Inc. hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: July 18, 2011.

                                    **PERKINS COIE LLP**
                                    **By:** /s/ Scott D. Eads
                                        Scott D. Eads, OSB No. 910400
                                        seads@perkinscoie.com
                                        1120 N.W. Couch Street, Tenth Floor
                                        Portland, OR 97209-4128
                                        Telephone: 503.727.2000
                                        Facsimile: 503.727.2222

                                    Attorneys for Plaintiff LaCrosse Footwear, Inc.

1- NOTICE OF DISMISSAL

43666-7015/LEGAL21334535.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222